ORIGINAL

FILED
JUN 30 2008
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

BEARINGPOINT, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 08-474 C

BEARINGPOINT, INC.'S NOTICE OF DIRECTLY RELATED CASES AND MOTION TO CONSOLIDATE

Pursuant to Rule 40.2(a) of the Rules of the United States Court of Federal Claims, BearingPoint, Inc. ("BearingPoint") hereby notifies the Court that the attached complaint is directly related to the following cases: Case No. 08-409C, filed by Femme Comp Inc. on June 3, 2008 and assigned to Judge Margaret M. Sweeney; Case No. 08-419C filed by Technical and Project Engineering, LLC on June 9, 2008 and assigned to Judge Margaret M. Sweeney; Case No. 08-432C filed by L-3 Services, Inc. on June 16, 2008 and assigned to Judge Margaret M. Sweeney; Case No. 08-454C filed by Data Systems Analysts, Inc. on June 19, 2008. All actions involve the evaluations and award decisions under Request for Proposal No. W91QUZ-07-R-0007 for the Program Management Support Services II program.

Because all actions involve evaluations and award decisions under the particular request for proposal, and pursuant to Rule 42 of the United States Court of Federal Claims, BearingPoint moves to consolidate its case with the aforementioned actions brought by Femme Comp Inc., Technical and Project Engineering, LLC, L-3 Services, Inc., and Data Systems Analysts, Inc. BearingPoint also requests that it be placed on the same schedule as the aforementioned cases, which, upon information and belief, have been consolidated under Case No. 08-409C.

BearingPoint has reviewed the protective order entered in Case No. 08-409C, and has no objections thereto.

Respectfully submitted,

DATED: June 30, 2008

Kevin P. Connelly
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.,
Suite 500
Washington, DC 20006-4004
(202) 828-5374 Telephone
(202) 641-9274 Protected Facsimile

Counsel for the Plaintiff
BearingPoint, Inc.

OF COUNSEL:
Joseph J. Dyer
Grace Bateman
Amanda B. Weiner
Joshua C. Drewitz
Daniel P. Wierzba

Seyfarth Shaw LLP
815 Connecticut Avenue, N.W.,
Suite 500
Washington, DC 20006-4004

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of June 2008, a copy of the foregoing Notice of Directly Related Cases and Motion to Consolidate was served via hand-delivery and electronic mail on:

Terrence Michael O Connor
Albo & Oblon, LLP
2200 Clarendon Boulevard
Suite 1201
Arlington, VA 22201
(703) 562-3382
Fax: (703) 312-0415
to@albo-oblon.com
*Counsel for Plaintiff Femme Comp Inc.*

James Stephen DelSordo
Argus Legal, LLC
9255 Center Street
Suite 307
Manassas, VA 20110
(703) 368-8770
Fax: (703) 368-8772
delsordo@arguslawfirm.com
*Counsel for Plaintiff Technical and Project Engineering LLC*

Holly Emrick Svetz
Womble Carlyle Sandridge & Rice PLLC
8065 Leesburg Pike
Fourth Floor
Vienna, VA 22182
(703) 394-2261
Fax: (703) 918-2264
hsvetz@wcsr.com
*Counsel for Plaintiff Data Systems Analysts, Inc.*

Warren Jay DeVecchio
Jenner & Block
601 13th Street, NW
Suite 1200
Washington, DC 20005
(202) 639-6893
Fax: (202) 661-4817
jdevecchio@jenner.com
*Counsel for Plaintiff L-3 Services, Inc.*



DC1 30233374.1

Kenneth David Woodrow
U. S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW
Room 11030
Washington, DC 20530
202-353-0513
Fax: (202) 514-7969
national.courts@usdoj.gov
*Counsel for Defendant United States*

Timothy Sullivan
Thompson Coburn, LLP
1909 K Street, NW
Suite 600
Washington, DC 20006-1167
(202) 585-6900
Fax: (202) 585-6969
tsullivan@thompsoncoburn.com
*Counsel for Intervenor Defendant Savantage Financial Services, Inc.*

Marcia G. Madsen
Mayer Brown
1909 K Street, NW
Washington, DC 20006-1101
(202) 263-3274
Fax: (202) 263-5274
mgmadsen@mayerbrownrowe.com
*Counsel for Intervenor Defendant Booz Allen Hamilton, Inc.*

Kevin P. Connelly