# In the United States Court of Federal Claims

No. 08-474 C
(Filed: July 1, 2008)

************************************
BEARINGPOINT, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

The court will conduct the initial status conference in the above-captioned bid protest, pursuant to Appendix C of the Rules of the United States Court of Federal Claims, on **Wednesday, July 2, 2008, at 10:30 a.m**. The court will initiate the conference call.

The court has reviewed all of plaintiff's submissions, and notes that plaintiff has no objections to the protective order issued in Femme Comp Inc., No. 08-409C, nor to the schedule set forth in the June 6, 2008 order filed in Femme Comp Inc. The court will confirm these positions with plaintiff during the status conference. In addition, the court will discuss a deadline for defendant's supplementation of the administrative record provided to chambers and any other issues raised by the parties.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge