# In the United States Court of Federal Claims

No. 08-474 C
(Filed: July 2, 2008)

| | |
|---|---|
| BEARINGPOINT, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

On June 30, 2008, plaintiff filed the above-captioned bid protest. This protest arises from the same procurement at issue in another case filed previously in this court, Femme Comp Inc., No. 08-409C. Thus, plaintiff moves for consolidation pursuant to RCFC 42. Plaintiff's motion is **GRANTED**. Accordingly, the clerk is directed to consolidate this case with the previously filed matter, No. 08-409C. All future filings shall be made in case number 08-409C, and shall bear the following caption:

************************************

| | | |
|---|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARINGPOINT, INC., | * | |
| Plaintiffs, | * | |
| v. | * | |
| THE UNITED STATES, | * | Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C<br>Judge Margaret M. Sweeney |
| Defendant, | * | |
| and | * | |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC., | * | |
| Defendant-Intervenors. | * | |

************************************

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge